E-filing

ORIGINAL
FILED

DEC 1 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1   Sonja S. Weissman (SBN 154320)
    Dana A. Blanton (SBN 232373)
2   REED SMITH LLP
    1999 Harrison St., Suite 2400
3   Oakland, CA 94612
    Telephone:    510.763.2000
4   Facsimile:    510.273.8832
    Email: sweissman@reedsmith.com;
5   dblanton@reedsmith.com

6   Michael K. Brown (SBN 104252)
    Ginger Heyman Pigott (SBN 162908)
7   REED SMITH LLP
    355 South Grand Avenue, Suite 2900
8   Los Angeles, CA 90071
    Telephone:    213.457.8000
9   Facsimile:    213.457.8080
    Email: mkbrown@reedsmith.com;
10  gheyman@reedsmith.com

11  Attorneys for Defendant
    Medtronic, Inc.

12

13

14              UNITED STATES DISTRICT COURT

15          FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17  ROSEANN MITCHELL, URIELA          No. C07-06352
    MITCHELL, THOMAS MITCHELL and
18  PATRICIA HINES,                   DEFENDANT MEDTRONIC, INC.'S
                                      CERTIFICATION OF INTERESTED
                       Plaintiffs,    ENTITIES OR PERSONS

19       vs.                          [LOCAL RULE 3-16]

20  MEDTRONIC, INC., McKESSON
    CORPORATION and Does 1 to 50,
21  Inclusive,

22       Defendants.

23

24

25

26

27

28

REED SMITH LLP
A LIMITED LIABILITY PARTNERSHIP FORMED IN THE STATE OF DELAWARE

ADR
JCS

1    TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL:

2

3    Pursuant to Civil LR 3-16, the undersigned certifies that the following listed persons,

4    associations of person, firms, partnerships, corporations (including parent corporations) or other

5    entities (i) have a financial interest in the subject matter in controversy or in a party to the

6    proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

7    substantially affected by the outcome of this proceeding:

8

9    **Medtronic, Inc., Defendant**

10   Medtronic, Inc. reserves the right to supplement this certification as needed.

11   Dated: December 14, 2007.

12

13                                   REED SMITH LLP

14

15   By

16       Sonja S. Weissman
         Dana A. Blanton
17       Attorney for Defendant
         Medtronic, Inc.

18   DOCSOAK-9891202.2

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A LIMITED LIABILITY PARTNERSHIP FORMED IN THE STATE OF DELAWARE

- 1 -

DEFENDANT MEDTRONIC, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS