1  Sonja S. Weissman (SBN 154320)
   Dana A. Blanton (SBN 232373)
2  REED SMITH LLP
   1999 Harrison St., Suite 2400
3  Oakland, CA 94612
   Telephone:   510.763.2000
4  Facsimile:   510.273.8832
   Email: sweissman@reedsmith.com;
5  dblanton@reedsmith.com

6  Michael K. Brown (SBN 104252)
   Ginger Heyman Pigott (SBN 162908)
7  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
8  Los Angeles, CA 90071
   Telephone:   213.457.8000
9  Facsimile:   213.457.8080
   Email: mkbrown@reedsmith.com;
10 gheyman@reedsmith.com

11 Attorneys for Defendant
   Medtronic, Inc.

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16 ROSEANN MITCHELL, URIELA            No.: C07-06352
   MITCHELL, THOMAS MITCHELL and
17 PATRICIA HINES,                     DEFENDANT MEDTRONIC, INC.'S
                                       NOTICE OF PENDENCY OF OTHER
18              Plaintiffs,            ACTIONS OR PROCEEDINGS

19 vs.                                 [L.R. 3-13]

20 MEDTRONIC, INC., McKESSON
   CORPORATION and Does 1 to 50, Inclusive,
21
                Defendants.
22

23

24

25

26

27

28

DEFENDANT MEDTRONIC, INC.'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS

thereafter. Transfer under 28 U.S.C. § 1407 will further the convenience of the parties and witnesses and will promote the just and efficient conduct of these actions.

DATED: December 14, 2007.

REED SMITH LLP

By /s/ Dana Blanton
Sonja S. Weissman
Dana A. Blanton
Attorney for Defendant
Medtronic, Inc.

DOCSOAK-9891208.2