1 | Sonja S. Weissman (SBN 154320)
Dana A. Blanton (SBN 232373)
2 | REED SMITH LLP
1999 Harrison St., Suite 2400
3 | Oakland, CA  94612
Telephone:     510.763.2000
4 | Facsimile:     510.273.8832
Email: sweissman@reedsmith.com;
5 | dblanton@reedsmith.com

6 | Michael K. Brown (SBN 104252)
Ginger Heyman Pigott (SBN 162908)
7 | REED SMITH LLP
355 South Grand Avenue, Suite 2900
8 | Los Angeles, CA  90071
Telephone:     213.457.8000
9 | Facsimile:     213.457.8080
Email: mkbrown@reedsmith.com;
10 | gheyman@reedsmith.com

11 | Attorneys for Defendant
Medtronic, Inc

12

13

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REED SMITH LLP
A LIMITED LIABILITY PARTNERSHIP FORMED IN THE STATE OF DELAWARE

| ROSEANN MITCHELL, URIELA MITCHELL, THOMAS MITCHELL and PATRICIA HINES, | No. 07-6352 (JCS) |
|---|---|
| Plaintiffs, | **DEFENDANT MEDTRONIC, INC'S DEMAND FOR JURY TRIAL** |
| vs. | |
| MEDTRONIC, INC., McKESSON CORPORATION and Does 1 to 50, Inclusive, | |
| Defendants. | |

1    Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant Medtronic, Inc.

2    hereby demands a jury trial on all issues in the above-entitled matter.

3

4    Dated: December 17, 2007.

5                                        REED SMITH LLP

6

7

8                                        By_/s/ Dana A. Blanton_____
                                             Sonja S. Weissman
9                                            Dana A. Blanton
                                             Attorney for Defendant
10                                           Medtronic, Inc

11   DOCSOAK-9891212.1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A LIMITED LIABILITY PARTNERSHIP FORMED IN THE STATE OF DELAWARE

- 1 -
DEFENDANT MEDTRONIC, INC'S DEMAND FOR JURY TRIAL