1  Sonja S. Weissman (SBN 154320)
   Dana A. Blanton (SBN 232373)
2  REED SMITH LLP
   1999 Harrison St., Suite 2400
3  Oakland, CA 94612
   Telephone:  510.763.2000
4  Facsimile:  510.273.8832
   Email: sweissman@reedsmith.com;
5  dblanton@reedsmith.com

6  Michael K. Brown (SBN 104252)
   Ginger Heyman Pigott (SBN 162908)
7  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
8  Los Angeles, CA 90071
   Telephone:  213.457.8000
9  Facsimile:  213.457.8080
   Email: mkbrown@reedsmith.com;
10 gheyman@reedsmith.com

11 Attorneys for Defendant
   Medtronic, Inc.

12

13

14                       UNITED STATES DISTRICT COURT

15                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17 ROSEANN MITCHELL, URIELA               No. C07-06352 JCS
   MITCHELL, THOMAS MITCHELL and
18 PATRICIA HINES,                         DEFENDANT MEDTRONIC, INC.'S
                                           CORPORATE DISCLOSURE
19                Plaintiffs,              STATEMENT

20         vs.                             [FRCP 7.1]

21 MEDTRONIC, INC., McKESSON
   CORPORATION and Does 1 to 50,
22 Inclusive,

23                Defendants.

24

25

26

27

28

DEFENDANT MEDTRONIC, INC.'S CORPORATE DISCLOSURE STATEMENT

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL:

Pursuant to FRCP 7.1, Defendant Medtronic, Inc. provides the following corporate disclosure statement:

Medtronic, Inc. is a publicly held corporation organized under the laws of the State of Minnesota; it has no parent corporation; and there is no publicly held corporation that owns 10 percent or more of Medtronic's stock.

Dated: December 14, 2007.

REED SMITH LLP

By _____
Sonja S. Weissman
Dana A. Blanton
Attorney for Defendant
Medtronic, Inc.