| | |
|---|---|
| 1 | Sonja S. Weissman (SBN 154320) |
| | Dana A. Blanton (SBN 232373) |
| 2 | REED SMITH LLP |
| | 1999 Harrison St., Suite 2400 |
| 3 | Oakland, CA  94612 |
| | Telephone:    510.763.2000 |
| 4 | Facsimile:    510.273.8832 |
| | Email:  sweissman@reedsmith.com; |
| 5 | dblanton@reedsmith.com |

Michael K. Brown (SBN 104252)
Ginger Heyman Pigott (SBN 162908)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071
Telephone:    213.457.8000
Facsimile:    213.457.8080
Email:  mkbrown@reedsmith.com;
gheyman@reedsmith.com

Attorneys for Defendant
Medtronic, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEANN MITCHELL, URIELA MITCHELL, THOMAS MITCHELL and PATRICIA HINES, | No. C07-06352 JCS |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| vs. | |
| MEDTRONIC, INC., McKESSON CORPORATION and Does 1 to 50, Inclusive, | |
| Defendants. | |

CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572. On December 17, 2007, I served the following document(s) by the method indicated below:

- **CIVIL COVER SHEET;**
- **NOTICE OF REMOVAL OF MEDTRONIC, INC. UNDER 28 U.S.C. 1441;**
- **DEFENDANT MEDTRONIC, INC.'S CORPORATE DISCLOSURE STATEMENT;**
- **DEFENDANT MEDTRONIC, INC.'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS;**
- **DEFENDANT MEDTRONIC, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;**
- **U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT;**
- **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;**
- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
- **WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO OFFICE, ETC.**

☐ by transmitting via facsimile on this date from fax number +1 510 273 8832 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

1  ☐  by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

2

3  ☐  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

4

5  ☐  by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

6

7  ☐  by transmitting via email to the parties at the email addresses listed below:

8  **Attorneys for Plaintiff**

9  Nancy Hersh, Esq.
   Mark E. Burton, Jr., Esq.
10 Rachel Abrams, Esq.
   Cynthia Brown, Esq.
11 Hersh & Hersh
12 2080 Opera Plaza
   601 Van Ness Avenue
13 San Francisco, CA 94102
14 Telephone: (415) 441-5544

15

16    I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on December 17, 2007, at Oakland, California.

17

18                                          /S/ TRISHA SUZETTE HOOPER
                                            Trisha Suzette Hooper
19

20

21 DOCSOAK-9895116.1

REED SMITH LLP
A limited liability partnership formed in the State of Delaware