Sonja S. Weissman (SBN 154320)
Dana A. Blanton (SBN 232373)
REED SMITH LLP
1999 Harrison St., Suite 2400
Oakland, CA 94612
Telephone:   510.763.2000
Facsimile:   510.273.8832
Email: sweissman@reedsmith.com;
dblanton@reedsmith.com

Michael K. Brown (SBN 104252)
Ginger Heyman Pigott (SBN 162908)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone:   213.457.8000
Facsimile:   213.457.8080
Email: mkbrown@reedsmith.com;
gheyman@reedsmith.com

Attorneys for Defendant
Medtronic, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEANN MITCHELL, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MEDTRONIC, INC., et al., <br><br> Defendants. | Case No. 3:07-cv-6352-JCS <br><br> **STIPULATION TO STAY PROCEEDINGS PENDING JUDICIAL PANEL ON MULTIDISTRICT LITIGATION'S DECISION ON PENDING MDL MOTIONS AND STIPULATION TO HOLD EARLY DEPOSITION** <br><br> Compl. Filed: October 19, 2007 <br> Trial Date: None Set <br><br> Honorable John C. Spero |

This case involves allegations that defendant Medtronic, Inc.'s Sprint Fidelis Leads caused injury to plaintiff Roseann Mitchell and her family. Over three dozen lawsuits involving similar claims are pending in District Courts around the country. Several plaintiffs in those cases have filed pleadings with the Judicial Panel on Multidistrict Litigation requesting that an MDL be formed to handle this litigation in a single District Court for the sake of just and efficient resolution of common pretrial issues. No party has opposed MDL treatment of this litigation. The Panel has set the pending MDL motions for oral argument on January 30, 2008, and the parties expect the Panel will issue an order by the end of February 2008.

In the interest of conserving judicial resources and avoiding potentially duplicative pretrial proceedings in this case, the parties hereby stipulate and agree to a stay of all proceedings in this action pending the JPML's decision on pending MDL motions. In addition, plaintiffs agree that federal diversity jurisdiction is appropriate in this case, and will not seek remand of this case to state court at anytime.

Further, pursuant to Federal Rule of Civil Procedure 30(a)(2)(C), the parties stipulate and agree to an early deposition of plaintiff Roseann Mitchell based upon her physician's assertion that she is suffering from terminal congestive heart failure and is on hospice care. Without waiving any of its rights and without prejudice to its right to obtain a further deposition of plaintiff in the litigation, defendant agrees to such a deposition, on a mutually agreeable date yet to be determined, but in any event no earlier than January 10, 2008, on the condition that plaintiffs provide medical records sufficient to allow counsel for Medtronic to adequately prepare for deposition at least ten (10) days prior to the deposition. To the extent such records are not made available or unavailable, the parties will meet and confer following notice from plaintiff's counsel concerning the available records and timing of production of same to minimize the prejudice to defendant.

| | |
|---|---|
| DATED: December 21, 2007. | Respectfully submitted,<br>REED SMITH LLP<br><br>By _____<br>Sonja S. Weissman<br>Dana A. Blanton<br>Attorneys for Defendant<br>Medtronic, Inc. |
| DATED: December 21, 2007. | Respectfully submitted,<br>HERSH & HERSH<br><br>By _____<br>Rachel Abrams<br>Attorneys for Plaintiffs |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December ___, 2007

_____
Honorable John C. Spero

DOCSOAK-9895549.1

— 3 —

STIPULATION TO STAY PROCEEDINGS and TO HOLD EARLY DEPOSITION