UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Roseann Mitchell, et al.

        Plaintiff(s),

v.

Medtronic, Inc.

        Defendant(s).

No. C 07-06352 JCS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 1/4/08

Signature _____

Counsel for Medtronic, Inc.
(Plaintiff, Defendant, or indicate "pro se")