**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

———————

www.cand.uscourts.gov

Richard W. Wieking                                                                     General Court Number
Clerk                                                                                                415.522.2000

**January 8, 2008**

**CASE NUMBER:  CV 07-06352 JCS**
**CASE TITLE:  ROSEANN MITCHELL-v-MEDTRONIC, INC.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable MARTIN J. JENKINS** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MJJ** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 1/7/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                            Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                           Special Projects
Log Book Noted                                                 Entered in Computer 1/7/08AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                         Transferor CSA