NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
RACHEL ABRAMS, ESQ., State Bar No. 209316
CYNTHIA BROWN, ESQ., State Bar No. 248846
HERSH & HERSH
A Professional Corporation
2080 Opera Plaza
601 Van Ness Avenue
San Francisco, CA 94102-6388
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEANN MITCHELL, URIELA MITCHELL, THOMAS MITCHELL and PATRICIA HINES,<br><br>Plaintiffs,<br><br>vs.<br><br>MEDTRONIC, INC., McKESSON CORPORATION and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | CASE NUMBER C07-06352 (JCS)<br><br>**NOTICE OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL** |

COME NOW Plaintiffs ROSEANN MITCHELL, URIELA MITCHELL, THOMAS MITCHELL and PATRICIA HINES by and through their counsel and hereby voluntarily dismiss McKESSON CORPORATION from the above-captioned case.

C07-06352 (JCS)                                             - 1 -
NOTICE OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL

WHEREFORE, Plaintiffs respectfully pray that the Court enter an order of Voluntary Dismissal With Prejudice for this action against Defendant, McKESSON CORPORATION, in the above-captioned case.

DATED: January 2, 2008         Respectfully submitted,

*[signature]*

Rachel Abrams, Esq.
Hersh & Hersh
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6388
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

ATTORNEYS FOR PLAINTIFFS

### ▮▮▮▮▮ ORDER OF DISMISSAL

WHEREAS, upon consideration of Plaintiffs' unopposed dismissal, it is hereby **ORDERED** that the claims of the Plaintiffs against Defendant McKesson Corporation are hereby **DISMISSED**.

Dated: 1/18/2008                              **SO ORDERED.**

*[signature]*

United States District Court Judge

C07-06352 (JCS)                        - 2 -
NOTICE OF VOLUNTARY DISMISSAL AND [▮▮▮▮] ORDER OF DISMISSAL