IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSEANN MITCHELL, et al.,

    Plaintiffs,

  v.

MEDTRONIC, INC., et al.,

    Defendants
                                      /

No. C-07-6352 MMC

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

The above-titled action having been reassigned to the undersigned on February 15, 2008, and the Honorable Martin J. Jenkins having previously stayed all proceedings herein until the Judicial Panel on Multidistrict Litigation ("JPML") determines whether the instant action should be consolidated with actions pending in other districts, this Court now finds such stay should continue in effect and, accordingly, the Case Management Conference scheduled for March 21, 2008 is hereby VACATED.

The parties are DIRECTED to file, no later than April 18, 2008, a joint status report setting forth the status of the matter before the JPML.

**IT IS SO ORDERED.**

Dated: February 22, 2008

                                        MAXINE M. CHESNEY
                                        United States District Judge